UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

Timothy Hernandez, on behalf of himself and all others similarly situated,

                      Plaintiff,

Civil Action No: 1:24-cv-4604

-v.-

Genesis Motor America, LLC

                      Defendants.

----------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 31, 2024

| For Plaintiff Timothy Hernandez | For Defendant Genesis Motor America, LLC |
|---|---|
| *s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | *s/John Francis Walpole*<br>John Francis Walpole<br>Ogletree Deakins, PC<br>599 Lexington Ave Ste 17<br>New York, NY 10022<br>Ph: 212-492-2500<br>john.walpole@ogletree.com |

## CERTIFICATE OF SERVICE

      I certify that on October 31, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*